UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK ELLISON GOBLE, | Case No. C14-181-RSM |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| JACK FOX, Warden, | |
| Respondent. | |

The Court, after careful consideration of petitioner's proposed 28 U.S.C. § 2241 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The proposed habeas petition, Dkt. 1, is DENIED and this case is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

1     (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge

2 Donohue.

3     DATED this 16th day of May 2014.

4

5

6                                                             [signature]

7                                                             RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2